Entered on Docket
May 13, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Bryan S. Fairman (SBN 261087)
bfairman@piteduncan.com
Parada K. Ornelas (SBN 272724)
pornelas@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for Movant,
Nationstar Mortgage LLC

The following constitutes
the order of the court. Signed May 13, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ANUSHKA VICTORIA BLISS ,<br><br><br><br><br>Debtor. | Case No. 12-40328-MEH<br><br>Chapter 13<br><br>R.S. No. BSF - 159<br><br>**ORDER GRANTING ADEQUATE PROTECTION (HAMP GUIDELINES)**<br><br>**Hearing**:<br>Date: April 5, 2013<br>Time: 10:00 am<br>Ctrm: 215<br><br>United States Bankruptcy Court<br>Northern District of California - Oakland Division<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on April 5, 2013, at 10:00 a.m., in Courtroom 215, upon the Motion of Nationstar Mortgage LLC ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Anushka Victoria

Bliss ("Debtor") commonly known as 1010 60th Street, Oakland, California 94608 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 29.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Debtor shall tender payments in the amount of $775.00 (as ordered by the court pursuant to Home Affordable Modification Program guidelines). The first payment is be made on or before May 20, 2012, and continuing thereafter on the first (1st) of each month starting June 1, 2013. Payments are to be remitted to:

> Nationstar Mortgage, LLC
> Bankruptcy Department
> 350 Highland Drive
> Lewisville, Texas 75067

2. The payment amount listed in paragraph 1 herein may be less than the contractual payment amount pursuant to the terms of the Note and Deed of Trust. Post-petition arrearages may continue to accrue pursuant to the terms of the Note and Deed of Trust and under applicable bankruptcy law.

3. Debtor shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance on a timely basis.

4. In the event of a default on paragraphs 1 or 3 of above-described provisions, inclusive of this Order, Movant shall provide written notice to Debtor at Anushka Victoria Bliss at 1010 60th Street, Oakland, California 94608 and to Debtor's attorney of record, Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612-3610, indicating the nature of the default. If Debtor fails to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, Movant may restore its Motion to the court's calendar upon 14 days notice.

/././

5. Debtor shall submit a completed loan modification application and provide all requested information and documentation in support of the loan modification no later than sixty (60) days from the entry of this order.

6. In the event of a default on paragraph 5 of the above, inclusive of this Order, Movant may file a Declaration of Non-Compliance and restore its Motion upon 10 days notice. The declaration shall attest to Debtor's failure to timely provide required documents, or to the denial of Debtor's loan modification application.

7. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder and/or its right to the complete contractual payment as determined by the terms of the Note and Deed of Trust.

8. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtor.

9. In the event this case is converted to a Chapter 7 proceeding, the automatic stay shall be terminated without further notice, order, or proceedings of the court. If the automatic stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtor.

10. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G. Bronitsky.

11. Any notice that Movant shall give to Debtor or attorney for Debtor, pursuant to this Order, shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

/./././

/./././

/./././

12. Either party may restore matter to calendar on fourteen (14) days notice.

Law Offices of Patrick L. Forte

APPROVED AS TO FORM:         /s/Anne Y. Shau
                             Anne Y. Shau
                             Attorney for Debtor

** END OF ORDER **

**COURT SERVICE LIST**